# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BANERTEK LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>TANGOME, INC.,<br><br>                Defendant. | CIVIL ACTION N0. 2:16-cv-00839-JRG |

## ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant TangoMe, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against TangoMe, Inc. are DISMISSED with prejudice.

**SIGNED this 17th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE